IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| WATSON V. PERRIN, III, AND<br>CASINO AIRPORT SHUTTLE, INC. | PLAINTIFFS |
| VS. | CIVIL ACTION NO: 1:04cv829WJG-JMR |
| GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY; THE MUNICIPALITY OF GULFPORT, MISSISSIPPI; THE MUNICIPALITY OF BILOXI, MISSISSIPPI; HOTARD COACHES, INC. D/B/A COASTLINER AIRPORT SHUTTLE; BRUCE FRALLIC, INDIVIDUALLY AND AS AN AGENT FOR GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY; DON GREEN, INDIVIDUALLY AND AS AN AGENT FOR GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY; W. B. WERBY, INDIVIDUALLY AND AS AN AGENT FOR GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY; FRANK GENZER, INDIVIDUALLY AND AS AN GENT FOR GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY; TRAVIS LOTT, INDIVIDUALLY AND AS AN AGENT FOR GULFPORT-BILOXI REGIONAL AIRPORT AUTHORITY; REPUBLIC PARKING SYSTEM, INC.; AND ERROL HOTARD | DEFENDANTS |
| ERROL HOTARD | COUNTER CLAIMANT |
| VS. | |
| WATSON V. PERRIN, III, AND<br>CASINO AIRPORT SHUTTLE, INC. | COUNTER DEFENDANTS |

FINAL JUDGMENT

This cause is before the Court on the motion for summary judgment [58-1] filed by the

Defendants, Hotard Coaches, Inc., and Errol Hotard, pursuant to Federal Rules of Civil

Procedure 56.  The instant motion was joined by Co-Defendants Gulfport-Biloxi Regional Airport Authority and Bruce Frallic.  (Ct. R., Doc 65.)  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Defendants' motion for summary judgment [58-1] be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that the action, be and is hereby, remanded to the Circuit Court of Harrison County, Mississippi, for proceedings on the pendent state law claims.  It is further,

ORDERED AND ADJUDGED that each party bear their respective costs in connection with this action.

SO ORDERED AND ADJUDGED this the 15th day of March, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE